1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8                            SAN JOSE DIVISION

9   LOUIS LEVINE, Derivatively on Behalf of )      Case No.: C 10-3608 PVT
    HEWLETT-PACKARD COMPANY,               )
10                                          )
                    Plaintiff,              )
11                                          )
         v.                                 )
12                                          )
    MARC L. ANDREESSEN, et al.,             )
13                                          )
                    Defendants.             )
14  _____ )
                                            )
15  TEAMSTERS UNION LOCAL #142             )      Case No.: C 10-3659 LHK
    PENSION TRUST,Derivatively on Behalf    )
16  of HEWLETT-PACKARD COMPANY,            )
                                            )
17       v.                                 )
                                            )
18  MARC L. ANDREESSEN, et al.,             )
                                            )
19                  Defendants.             )
20  _____ )
                                            )
                                            )      Case No.: C 10-3660 PVT
21  KEY WEST POLICE & FIRE PENSION          )
    FUND, Derivatively on Behalf of         )      **ORDER Finding Cases Related; and**
22  HEWLETT-PACKARD COMPANY,               )
                                            )      **ORDER that Cases Be Reassigned to a**
23       v.                                 )      **District Judge**
                                            )
24  MARC L. ANDREESSEN, et al.,             )
                                            )
25                  Defendants.             )
                                            )
26  _____ )

27

28       On August 20, 2010, Plaintiffs in Case No. C10-3659 LHK filed a motion to consider

    whether the case is related to Case Nos. C10-3608 PVT and C10-3660 PVT.  Plaintiffs in Case

                                    ORDER, *page 1*

1   No. C10-3659 LHK also filed a Declination to Proceed Before a United States Magistrate Judge.[1]

2   Based on the motion and the file herein,

3       IT IS HEREBY ORDERED that the court finds that Case Nos. C10-3608 PVT,

4   C10-3659 LHK, and C10-3660 PVT, are related.  They involve substantially the same parties and

5   events.  Each is a derivative case brought on behalf of Hewlett-Packard Company against the same

6   defendants.  They all assert the same or substantially similar claims, and are based on the same or

7   substantially similar facts.  Thus, it is appropriate to relate all three cases and assign all cases to the

8   judge assigned to the earliest filed case.  *See* CIVIL L.R. 3-12(f)(3).  Thus, as of the signing of this

9   order, all three cases are deemed reassigned to Magistrate Judge Trumbull.

10       IT IS FURTHER ORDERED that the clerk of the court shall reassign all three of these

11   related cases to a District Judge.  As noted above, Plaintiffs in Case No. C10-3659 LHK filed a

12   Declination to Proceed Before a United States Magistrate Judge.  Thus, the case must be reassigned

13   to a District Judge

14   Dated: *8/23/10*

15                                                    PATRICIA V. TRUMBULL

16                                                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28       [1]       Case No. C10-3659 was initially assigned to Magistrate Judge Trumbull.  After the declination was filed, it was reassigned to District Judge Koh.

ORDER, *page 2*